FILED

12/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0428

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 21-0428

| | |
|---|---|
| IN RE THE MARRIAGE OF:<br><br>NATHANIEL JAMES THOMPSON,<br><br>       Petitioner/Appellee,<br><br>and<br><br>KIRSTEN ELISABETH THOMPSON,<br><br>       Respondent/Appellant. | **ORDER DISMISSING APPEAL** |

This matter came before the Court on Appellant Kirsten Elisabeth Thompson's Unopposed Motion to Dismiss Appeal. Having considered the same, and for good cause shown,

IT IS HEREBY ORDERED that this matter is dismissed.

DATED and electronically signed as indicated below.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 13 2021